1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. SIELAW,                              ) | Case No. 2:17-cv-03133-RFB-NJK |
|                               ) | |
|             Plaintiff(s),          ) | ORDER |
|                               ) |   (Docket No. 8) |
| v.                                              ) | |
| EQUIFAX INFORMATION SERVICES, LLC,  ) | |
|             Defendant(s).          ) | |

Before the Court is the parties' notice of settlement.  Docket No. 8.  The Court **ORDERS** the parties to file a stipulation of dismissal no later than May 29, 2018.

IT IS SO ORDERED.

DATED: April 2, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge